UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

OWEN HARTY, Individually,

    Plaintiff,

v.

42 HOTEL RALEIGH, LLC, A Foreign Limited Liability Company,

    Defendant.
_____/

Case No. 5:10-cv-00060

### ORDER

Upon consideration of Plaintiff's Motion to Withdraw his Motion for Entry of Default Judgment, and the parties being in agreement that a withdrawal would be in the best interests of justice, and this Court having reviewed the pleadings and being fully advised on the premises, it is hereby

ORDERED

Plaintiff's Motion for Entry of Default Judgment is hereby WITHDRAWN.

This the 11th day of June 2010

_____
US District Court