UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| OWEN HARTY, )<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>) **JUDGMENT**<br>42 HOTEL RALEIGH, LLC, )<br>        Defendant. ) No. 5:10-CV-60-WW<br>)<br>) | |

**Decision by Court.**

This action came before United States Magistrate Judge William A. Webb for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss is GRANTED and plaintiff"s claims are DISMISSED in their entirety.

**This judgment filed and entered on March 30, 2011, and served on:**

Christopher D. Lane (via CM/ECF Notice of Electronic Filing)
Pete M. Monismith (via CM/ECF Notice of Electronic Filing)
Amy C. Drayton (via CM/ECF Notice of Electronic Filing)

March 30, 2011                        /s/ Dennis P. Iavarone
                                                      Clerk of Court